BEFORE THE FIRST DIVISION, MAY 6, 1942

**No. 47149.**—Protest 15159–K of Bailey Green & Elger, Inc. (New York).

Opinion by OLIVER, P. J. Two samples were received in evidence. The buyer of the importing firm testified, among other things, that these buttons are used for buttoning women's coats and skirts and that he knew of no other use. The examiner at the port of New York testified in behalf of the defendant that he had advisorily classified the merchandise under paragraph 1527. He also testified that exhibit 2 was cast metal and silver-plated, but was unable to state definitely as to exhibit 1 whether it was gold-plated stating that the metal looked like brass. The Government conceded that the merchandise consists of metal buttons embossed with a design, device, pattern, or lettering. From the record presented and in view of *United States* v. *Gaunt* (T. D. 41784) the claim at 35 percent under paragraph 349 and T. D. 49458 was sustained.

BEFORE THE SECOND DIVISION, MAY 6, 1942

**No. 47150.**—Protests 12166–K, etc., of Duplex Lace Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47151.**—Protest 894221–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. The uncontradicted evidence disclosed that certain of the pencil sharpeners in question are the same as those the subject of Abstract 46273. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 47152.**—Protest 894228–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. The uncontradicted evidence disclosed that the pencil sharpeners in question are the same as those the subject of Abstract 46273. The claim at 40 percent under paragraph 339 was therefore sustained.